UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARCELINA N. FORTEN-LOPEZ-LANCIA-MANOS, | |
| Plaintiff, | |
| -v.- | 7:10-CV-0563 (NPM/GHL) |
| NEW YORK STATE OFFICE FOR THE AGING; NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES; ST. LAWRENCE COUNTY OFFICE FOR THE AGING; NATIONAL COUNCIL ON AGING, INC.; and NEW YORK STATE OFFICE OF THE STATE COMPTROLLER, | |
| Defendants. | |

---

APPEARANCES:

Marcelina N. Forten-Lopez-Lancia-Manos
Plaintiff, *pro se*

NEAL P. McCURN, Senior United States District Judge

## *Order*

Plaintiff, Marcelina N. Forten-Lopez-Lancia-Manos, brings this employment discrimination action against defendants New York State Office for the Aging; New York State Department of Correctional Services; St. Lawrence County Office for the Aging; National Council on Aging, Inc.; and New York State Office of the State Comptroller.  By Report and Recommendation dated July

19, 2010, the Honorable George H. Lowe, United States Magistrate Judge, recommends that plaintiff's complaint be dismissed as against defendants National Council on Aging, Inc. and New York State Office of the State Comptroller.  See Dkt. No. 8.  Neither party having objected thereto, and this court having carefully reviewed same for clear error, this court adopts the Report and Recommendation in its entirety.  See 28 U.S.C. § 636(b)(1).

Accordingly, it is **ORDERED** that National Council on Aging, Inc. and New York State Office of the State Comptroller be **DISMISSED** as defendants.

IT IS SO ORDERED.

DATED:   August 23, 2010
         Syracuse, New York

_____
Neal P. McCurn
Senior  U.S. District Judge